UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

| Case No. | CV 21-00296-CJC (KSx) | Date | May 12, 2021 |
|---|---|---|---|
| Title | Craig Cunningham v. Juice Supply Company et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Chery Wynn</u>
Deputy Clerk

<u>Not Reported</u>
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal [15], and hereby orders the case dismissed with prejudice as to plaintiff's individual claims, and without prejudice as to the purported class claims. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                                  -       :     -

Initials of Deputy Clerk:       cw